

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-17-2010

# USA v. Basheer

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-3537

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"USA v. Basheer" (2010). *2010 Decisions.* Paper 68.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/68

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA

v.

MUMIN BASHEER,

Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Crim. No. 2-05-cr-00616-001)
District Judge: Hon. Curtis Joyner

Before: McKEE, *Circuit Judge*, SLOVITER and RENDELL, *Circuit Judges*,

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed on this case on December

7, 2010, be amended as follows:

> On page 2, line 7, delete the sentence which reads "He was
> sentenced to 252 months imprisonment with 192" and replace
> it with the following sentence: "He was sentenced to 252
> months imprisonment (consisting of 192 months for
> possession with intent to distribute, a concurrent term of 60
> months for possession of a firearm in furtherance of a drug
> trafficking crime, and a consecutive term of 60 months for
> possession of a firearm by a felon), followed by a term of
> supervised release of five years."

> On page 7, line 18, delete "18 U.S.C. § 3583(c)(2)" and
> replace it with "18 U.S.C. § 3582(c)(2)."

BY THE COURT:

/s/Theodore A. McKee
Chief Judge


DATED: December 17, 2010
PDB/cc: Peter A. Levin, Esq.
       Robert A. Zauzmer, Esq.
       Thomas P. Swanton, Esq.
       Vicki J. Markovitz, Esq.